IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEDDO COAL COMPANY, | : |
| | : |
| Plaintiff, | : |
| v. | : 3:16-CV-621 |
| | : (JUDGE MARIANI) |
| RIO TINTO PROCUREMENT | : |
| (SINGAPORE) PTE LTD, et al., | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 9TH DAY OF MARCH, 2017, upon consideration of Defendants' Motion to Dismiss, (Doc. 14), **IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

   a. Defendants' Motion is **GRANTED** with respect to defendant Quebec Metal Powders LTD.

   b. In all other respects, Defendants' Motion is **DENIED**.

2. Plaintiff's Complaint, as it pertains to Quebec Metal Powders LTD, is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of the Court is directed to **TERMINATE** defendant Quebec Metal Powders LTD from this action.

Robert D. Mariani
United States District Court Judge